IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SPIRE STL PIPELINE LLC,** | |
| **Plaintiff,** | |
| v. | Case No. 23-CV-01638-SPM |
| **4850 LONGHORN, LLC et al.,** | |
| **Defendants.** | |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is a Joint Motion to Dismiss Complaint that was filed pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) (Doc. 47). On or about May 12, 2023, Spire STL filed its Eminent Domain Complaint (Doc. 1). On or about September 12, 2024, the parties negotiated a settlement and executed a voluntary Confidential Settlement Agreement. In exchange for execution of Confidential Settlement Agreement, Defendant received full compensation from Spire STL. As a condition of this Court's July 1, 2024 Order granting Spire STL's Motion for Preliminary Injunction (Docs. 45, 46), Spire STL deposited $13,926.00 with the Clerk of the Court on July 22, 2024. Spire STL seeks dismissal of the Complaint and turnover of the cash bond in the amount of $13,926.00 to Spire STL Pipeline LLC. Defendant consents to dismissal of the Complaint, and consents to turnover of $13,926.00 cash bond to Spire STL Pipeline LLC.

This Court has determined that good cause has been established and therefore, the Court **GRANTS** the Motion to Dismiss Complaint pursuant to Rule 71.1(i)(1)(C).

Accordingly, the Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is to disburse $13,926.00 of the funds deposited with the Registry of the Court to Spire STL Pipeline LLC. Spire STL Pipeline is to email an executed W-9 to the Court at the following email address: SPMpd@ilsd.uscourts.gov within 5 days, or by October 22, 2024, of entry of this Order. The Clerk's Office will then enter judgment and close the case.

**IT IS SO ORDERED.**

**DATED:  October 17, 2024**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
